UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENDALL L. FURLOW,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 6:05-cv-1226-Orl-19KRS
(6:04-cr-041-Orl-19KRS)

### ORDER

    This case involves a motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 filed by Kendall L. Furlow (Doc. No. 1, filed August 23, 2005). Petitioner has another § 2255 motion pending in case number 6:05-cv-1193-Orl-19KRS regarding the same conviction challenged in the instant action. It appears that Petitioner was attempting to amend his motion in case number 6:05-cv-1193-Orl-19KRS, rather than file a new case.

    Accordingly, it is hereby **ORDERED AND ADJUDGED**:

    1.    The motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 filed by Kendall L. Furlow (Doc. No. 1) is **DENIED** without prejudice to his right to pursue his claims in case number 6:05-cv-1193-Orl-19KRS.

    2.    The Clerk of the Court is directed to file the § 2255 motion from this case (Doc. No. 1) as an amended § 2255 motion in case number 6:05-cv-1193-Orl-19KRS.

    3.    This case is **DISMISSED** without prejudice.

    4.    The Clerk of the Court is directed to close this case and to terminate the § 2255 motion (Criminal Case Doc. No. 66) filed in criminal case number 6:04-cr-041-Orl-19KRS.

**DONE AND ORDERED** at Orlando, Florida, this _29th____ day of August, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 8/29
Kendall L. Furlow
Counsel of Record